UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL J. WASHINGTON,<br><br>           Petitioner,<br><br>   v.<br><br>LYNCH,<br><br>           Respondent. | Case No. 1:19-cv-01131-JDP (HC)<br><br>ORDER TRANSFERRING CASE |

Petitioner Michael J. Washington, a state prisoner without counsel, seeks a writ of habeas corpus under 28 U.S.C. § 2254. ECF No. 1. Because petitioner challenges a state-court judgment entered by the Superior Court of California, County of Sonoma, the court will transfer the case to the United States District Court for the Northern District of California.

A state prisoner may file a petition for a writ of habeas corpus in one of two districts: "the district court for the district wherein such person is in custody or in the district court for the district within which the State court was held which convicted and sentenced him." 28 U.S.C. § 2241(d). In situations where these two districts differ, the district courts of both districts have concurrent jurisdiction, and the court in which the petition is filed may exercise its discretion to transfer the petition to the other district "in furtherance of justice." *Id*.; *see also* 28 U.S.C. § 1406(a). Traditionally, federal courts in California have chosen to hear habeas petitions challenging a conviction or sentence in the district of conviction, *see Dannenberg v. Ingle*, 831 F.

1

Supp. 767, 767 (N.D. Cal. 1993), because records, witnesses, and other evidence necessary for resolving the petition are in that district, *see Woods v. California*, No. 14-cv-289, 2014 WL 1128430, at *1, n.1 (S.D. Cal. Mar. 20, 2014).

Here, petitioner challenges a state-court judgment from Sonoma. ECF No. 1 at 2; *see also People v. Washington*, No. A122299, 2009 WL 2875363, at *1 (Cal. Ct. App. Sept. 9, 2009). Following the custom of the federal courts in California, this court will transfer the petition to the Northern District. A "substantial part of the events . . . giving rise to the claim occurred" in the Northern District, so venue is proper under 28 U.S.C. § 1391(b).

**Order**

This matter is transferred to the U.S. District Court for the Northern District of California.

IT IS SO ORDERED.

Dated:   September 19, 2019

_____
UNITED STATES MAGISTRATE JUDGE

No. 202